UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.T.C. CONSTRUCTION, INC., d/b/a <br> K. BATES STEEL SERVICES, INC. <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF <br> TRANSPORTATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:05CV00967 AGF <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

This matter is before the Court on the parties' Joint Motion to Stay Proceedings [Doc. #25], filed on April 14, 2006, and the Stipulation to Dismiss Counts II through V of Plaintiff's complaint with prejudice [Doc. #26], filed on the same day. For good cause shown,

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal, with prejudice, of Counts II through V of Plaintiff's Complaint [Doc. # 26] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties' Joint Motion to Stay Proceedings [Doc. #25] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a status report with respect to Count I and Plaintiff's new Application for Certification within sixty (60) days of the date of this Order.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of April, 2006.